FILED
April 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR S-06-0140 GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| STACEY LAKENYA HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __STACEY LAKENYA HARRIS__ , Case No. __CR S-06-0140 GEB__ , Charge __18 USC §§ 287 and 2__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ☒ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond $_____

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ☒ (Other) __Pretrial Services Supervision with conditions__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 12, 2006__ at __2:40 p.m.__

By __/s/ Dale A. Drozd__
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal