KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 357
Sacramento, CA  95814
(916) 731-8811

Attorney for Defendant
Stacey Harris

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. Cr.S. 06-0140 GEB ) |
| Plaintiffs, | ) **WAIVER OF DEFENDANT'S APPEARANCE** ) |
| v. | ) ) |
| STACEY HARRIS, | ) ) |
| Defendant. | ) ) |

The defendant, STACEY HARRIS, hereby waives her right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence. Ms. Harris hereby requests the court to proceed during every absence of her which the court may permit pursuant to this waiver; agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour

the court may fix in her absence.

    Defendant further acknowledges that she has been informed of her rights under sections 3161 - 3174 of Title 18 of the United States Code (Speedy Trial Act), and has authorized her attorney to set times and delays under the provisions of that Act without defendant being present.

DATED: _____                    I hereby consent to this waiver.

                                                                     */s/ Stacey Harris*
                                                                      Stacey Harris - Defendant

DATED: _____                    I hereby consent to this waiver.

                                                                      */s/ Krista Hart*
                                                                      KRISTA HART
                                                                      Attorney for Defendant
                                                                      Stacey Harris

ORDER

    I approve of the waiver of the defendant's presence, except Defendant must also appear at the trial confirmation conference.

Dated:  April 19, 2006

                                                    /s/ Garland E. Burrell, Jr.
                                                    GARLAND E. BURRELL, JR.
                                                    United States District Judge