IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>     Plaintiff, )<br>  v.         )<br>            )<br>STACY LAKENYA HARRIS, )<br>            )<br>     Defendant. )<br>            ) | 2:06-cr-140-GEB | |
| UNITED STATES OF AMERICA, )<br>            )<br>     Plaintiff, )<br>  v.         )<br>            )<br>RICHARD ALFRED LOVETT, II, )<br>            )<br>     Defendant. )<br>            ) | 2:06-cr-142-FCD<br><br>RELATED CASE ORDER | |

Examination of the above-entitled criminal actions reveals that the actions are related within the meaning of Local Rule 83-123. The actions arise out of the same transaction or series of transactions and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1 The parties should be aware that relating the cases under
2 Local Rule 83-123 merely has the result that the actions are assigned
3 to the same judge; no consolidation of the actions is effected.  Under
4 the regular practice of this court, related cases are generally
5 assigned to the judge to whom the first filed action was assigned.
6 IT IS THEREFORE ORDERED that the action denominated
7 2:06-cr-142-FCD is reassigned to Judge Garland E. Burrell, Jr., for
8 all further proceedings.  Henceforth, the caption on documents filed
9 in the reassigned case shall show the initials "GEB" instead of the
10 other judge's initials.
11 IT IS FURTHER ORDERED that the Clerk of the Court make
12 appropriate adjustment in the assignment of criminal cases to
13 compensate for this reassignment.
14 Dated:  April 20, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2