```
 1  KRISTA HART
    Attorney at Law
 2  State Bar #199650
    428 J Street, Suite 357
 3  Sacramento, California  95814
    Telephone: (916) 731-8811
 4
    Attorney for Defendant
 5
 6
 7             IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,      ) No. Cr.S. 06-140 GEB
                                   )
12          Plaintiff,             ) STIPULATION AND [PROPOSED] ORDER
                                   ) RESETTING STATUS CONFERENCE
13      v.                         )
                                   )
14                                 )
    STACEY HARRIS,                 ) Date:   July 28, 2006
15                                 ) Time:   9:00 a.m.
            Defendants.            ) Judge: Hon. Garland E. Burrell, Jr.
16                                 )
17  _____
18
19       The defendant Stacey Harris, by and through counsel Krista Hart,
20  along with the plaintiff United States (government), by and through
21  counsel Assistant U.S. Attorney Samantha Spangler, hereby stipulate and
22  agree that the status conference currently set for July 28, 2006, be
23  reset to August 11, 2006, at 9:00 a.m.
24       It is further stipulated and agreed between the parties that the
25  period of time from July 28, 2006, and August 11, 2006, should be
26  excluded in computing the time within which the trial of the above
27  criminal prosecution must commence for purposes of the Speedy Trial
28  Act.  All parties stipulate and agree that this is an appropriate
```

exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

The parties in this case have been engaged in settlement negotiations and the government has provided a written plea agreement. Counsel for defendant is currently in trial in Department 19, of the Superior Court of California for the County of Sacramento, thus, has not had time to review the written plea agreement with defendant. Additionally, the defendant has a family law court appearance on July 28, 2006, and she cannot be present at both hearings.

Therefore, all parties stipulate that the status conference should be reset to August 11, 2006.

July 27, 2006                           /s/ Krista Hart
                                        Attorney for Stacey Harris


July 27, 2006                           McGREGOR SCOTT
                                        United States Attorney

                                         /s/ Samantha Spangler
                                        Assistant U.S. Attorney
                                        (Signed by Krista Hart, per e-mail)


**O R D E R**


**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:   July 27, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

2