```
KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 357
Sacramento, California  95814
Telephone: (916) 731-8811

Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 06-140 GEB |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE** |
| v. | ) | |
| STACEY HARRIS, | ) | Date:    August 25, 2006 |
| | ) | Time:     9:00 a.m. |
| Defendants. | ) | Judge: Hon. Garland E. Burrell, Jr. |

_____

    The defendant Stacey Harris, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Samantha Spangler, hereby stipulate and agree that the status conference currently set for August 25, 2006, be reset to September 29, 2006, at 9:00 a.m.

    It is further stipulated and agreed between the parties that the period of time from August 25, 2006, to September 29, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate

exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

The parties in this case have been engaged in settlement negotiations and the government has provided a written plea agreement. It appears that the Sentencing Guideline cited in the plea agreement will have to be modified, the modification changes the base offense level and therefore the agreement generally must be reconsidered. Defense counsel needs time to consider the potential options for a modification and then must consult with Ms. Harris. Defense counsel is currently in trial in Sacramento Superior Court, Department 33, People v. Muniangi, 04F09697, thus a four weeks continuance is requested.

Therefore, all parties stipulate that the status conference should be reset to September 29, 2006.

August 24, 2006                         /s/ Krista Hart
                                        Attorney for Stacey Harris


August 24, 2006                         McGREGOR SCOTT
                                        United States Attorney

                                        /s/ Samantha Spangler
                                        Assistant U.S. Attorney
                                        (Signed by Krista Hart, per e-mail)


**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  August 24, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

2