1  KRISTA HART
   Attorney at Law
2  State Bar No. 199650
   428 J Street, Suite 357
3  Sacramento, CA  95814
   (916) 498-8398
4

5  Attorney for Defendant
   Hsiu Titus
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   THE UNITED STATES OF        ) No. Cr.S. 06-0140 GEB
12 AMERICA                     )
                               )
13              Plaintiffs,    ) **WAIVER OF DEFENDANT'S APPEARANCE**
                               )
14      v.                     )
                               )
15 Hsiu Titus,                 )
                               )
16              Defendant.     )
                               )
17 _____

18      The defendant, Hsiu Titus, hereby waives her right to be present

19 in open court upon the hearing of any motion or other proceeding in

20 this cause, including, but not limited to, when the case is ordered set

21 for trial, when a continuance is ordered, and when any other action is

22 taken by the court before or after trial, except upon arraignment,

23 plea, impanelment of a jury and imposition of sentence.  Ms. Titus

24 hereby requests the court to proceed during every absence of her which

25 the court may permit pursuant to this waiver; agrees that her interest

26 will be deemed represented at all times by the presence of her

27 attorney, the same as if the defendant were personally present; and

28 further agrees to be present in court ready for trial any day and hour

1 | the court may fix in her absence.

2 |     Defendant further acknowledges that she has been informed of her

3 | rights under sections 3161 - 3174 of Title 18 of the United States Code

4 | (Speedy Trial Act), and has authorized her attorney to set times and

5 | delays under the provisions of that Act without defendant being

6 | present.

7 |

8 | DATED: August 4, 2007           I hereby consent to this waiver.

9 |

10 |            */s/ Hsiu Titus (orig in file)*
           Hsiu Titus - Defendant

11 |

12 |

13 | DATED: August 4, 2007           I hereby consent to this waiver.

14 |

15 |            */s/ Krista Hart*
           KRISTA HART
           Attorney for Defendant

16 |            Hsiu Titus

17 |

18 |

19 |                  ORDER

20 |

DATED: September 13, 2007

21 |

_____          I approve of the waiver of the defendant's

22 |           presence.

23 |

24 |

25 |           _____
          Edmund F. Brennan,
          United States Magistrate Judge

26 |

27 |

28 |

2