PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Stacey Lakenya HARRIS |
| **Docket Number:** | 2:06CR00140-01 |
| **Offender Address:** | Carmichael, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 12/15/2006 |
| **Original Offense:** | 18 USC 287 and 2 - False Claim and Aiding and Abetting (2 Counts) (CLASS D FELONIES) |
| **Original Sentence:** | 36 months Probation; $6,608 restitution; $200 special assessment |
| **Special Conditions:** | Warrantless search; Not dissipate assets; Financial disclosure; No new credit; Drug and alcohol treatment, testing, and co-payment; Cooperate with IRS |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 12/15/2006 |
| **Assistant U.S. Attorney:** | Samantha A. Spangler     **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Krista Hart     **Telephone:** (916) 731-8811 |

**Other Court Action:**

**03/08/2007**:  Report of Offender Non-Compliance filed for Illicit Drug Use. Court approved probation officer's plan to refer to drug counseling.

**07/30/2008**:  Report of Offender Non-Compliance filed for Irregular Restitution Payments. Court approved probation officer's plan for no further action at this time.

RE:    Stacey Lakenya HARRIS
       Docket Number:  2:06CR00140-01
       <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of Harris' unsatisfied restitution obligation, the probationer's efforts toward payment of the restitution order, her response to supervision, and a recommendation for termination of Probation with no further Court action.

**Response to supervision:**  On December 15, 2006, Harris commenced a three-year term of Probation and was ordered to pay a $200 special assessment and $6,608 in restitution. During the nearly three years of Probation supervision, Harris has held various short-term jobs. Her husband in a related case, Richard Lovett, released from federal custody on February 21, 2008. He and Harris reside together and share the responsibility of raising four children. For approximately twelve months, and prior to Lovett's release to supervision, Harris cared for the children while she temporarily resided in a transitional living program in Sacramento, California. After she completed her two-year contract at that facility, she and Lovett moved into an apartment in Carmichael, California.

Harris has paid $190 toward the $200 special assessment. However, she has made no payments on her Court-ordered restitution. Her monthly payment plan was recently reduced to $10 per month in response to her financial condition. The probationer has been seeking employment since July 2008. She has participated in the Job Seekers Program and has identified and pursued various job leads. Recently, she reported an upcoming job interview for a telephone solicitor position with a political polling company.

Harris has had some setbacks during her term of supervision. In 2007, one of her children made child abuse allegations; however, no charges were filed. Consequently, Harris has continued to share the parenting responsibilities of the four children. Additionally, in 2007, Harris submitted a urine sample that tested positive for cocaine. The Court was apprised of this circumstance and allowed the probationer to remain in the community where she completed outpatient counseling, a urinalysis program, and the Intermediate Sanction Program. Additional urinalysis have revealed no further illicit drug use by Harris.

**RE:   Stacey Lakenya HARRIS**
       **Docket Number:   2:06CR00140-01**
       <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

A recent credit report verified the probationer has incurred no new credit, and outstanding debt totaling $12,481, including child support.  Harris provided financial documents to confirm her expenses and dependent care assistance.  She effectively reported the combined household income from these benefits barely covers the monthly expenses, as neither she nor Lovett are currently employed.

Harris has struggled with maintaining consistent employment.  Her job search efforts have been impacted by a lack of consistent transportation, coupled with limited resources and child care responsibilities.  To help pay monthly expenses, Harris reported earning occasional income through hair styling.

The probationer has been informed her restitution obligation will transcend her supervision term.  Furthermore, Harris has been told that the Financial Litigation Unit of the U.S. Attorney's Office will monitor and enforce her efforts toward payment of this obligation after her Probation term expires.

In summary, it does not appear that Harris' failure to pay restitution was willful.  The probationer has had periods of employment, she has sought employment, and she has nearly satisfied payment of the assessment.  Harris originally received a three-year Probation sentence; therefore, the Court has two years of Probation supervision available to impose in this case, should a modification to the original sentence be deemed appropriate.  However, based on Harris' overall performance under supervision, her recovery from earlier difficulties, and her efforts at satisfying the penalty assessment and securing employment under difficult circumstances, it is respectfully recommended that the Probation term be allowed to expire on its scheduled date of December 14, 2009.  In the meantime, the probation officer will inform the Court of any other financial circumstances or supervision issues that require the Court's attention.

RE:     Stacey Lakenya HARRIS
        Docket Number:   2:06CR00140-01
        <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

                            Respectfully submitted,

                            /s/ Terence E. Sherbondy

                        **TERENCE E. SHERBONDY**
                    **Supervising United States Probation Officer**
                        Telephone:  (916) 786-6147

DATED:      September 22, 2009
            Roseville, California
            TES:cd

---

**THE COURT ORDERS:**

(X )    The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )    Submit a Request for Modifying the Conditions or Term of Supervision.

(  )    Submit a Request for Warrant or Summons.

(  )    Other:

**Dated: September 23, 2009**

                            _____
                            **GARLAND E. BURRELL, JR.**
                            **United States District Judge**

cc:     United States Probation
        Samantha A. Spangler, Assistant United States Attorney
        Krista Hart, Assistant Federal Defender